```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23646
   GREGG A VISBY
   STACEY M VISBY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-9267    SSN XXX-XX-8749


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/23/04 and confirmed on 09/07/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  23642.30 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG            .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        9557.50            .00        9557.50
FIFTH THIRD BANK         SECURED              7800.00         801.41        7800.00
ECAST SETTLEMENT CORP    SECURED               200.00          21.36         200.00
RESURGENT CAPITAL SERVIC UNSECURED             524.30            .00          76.35
CAPITAL ONE FINANCIAL    FILED LATE              .00            .00            .00
B LINE LLC               UNSECURED            2653.66            .00         386.45
FIRST HORIZON            UNSECURED         NOT FILED            .00            .00
HINSDALE HOSPITAL        UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA UNSECURED            7022.81            .00        1022.73
LAGRANGE WOMENS CLINIC   UNSECURED         NOT FILED            .00            .00
B FIRST LLC              UNSECURED            2039.37            .00         296.99
QUEST DIAGNOSTICS        UNSECURED         NOT FILED            .00            .00
CAPITAL ONE FINANCIAL    FILED LATE              .00            .00            .00
ROUNDUP FUNDING LLC      UNSECURED             380.97            .00          55.48
FIFTH THIRD BANK         UNSECURED             553.99            .00          80.68
ECAST SETTLEMENT CORP    UNSECURED            1192.02            .00         173.59
COUNTRYWIDE HOME LOANS   COST OF COLLE         150.00            .00         150.00
         Summary of disbursements:

                    SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   17557.50       150.00     14367.12          .00       32074.62
PRINCIPAL PAID       17557.50       150.00      2092.27          .00       19799.77
INTEREST PAID          822.77          .00          .00          .00         822.77
TOTAL PAID           18380.27       150.00      2092.27          .00       20622.54
The Debtor's attorney, LEGAL HELPERS PC                   , was allowed $  2200.00
and was paid $    600.00  direct and $   1600.00  through the plan.

The Trustee received $     997.46 .
```

Refunds to the Debtor totaled $    422.30 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE